**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OMAR MEDINA ALEJANDRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-546 (UNA) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a form Complaint for a Civil Case, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring immediate dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff is a resident of San Pedro, California, who has sued the United States. At best, Plaintiff asserts a First Amendment right to view sexual images and mentions "Freedom of Religion (beliefs)." Compl. at 4. Plaintiff alleges no facts suggesting that the government has infringed upon his rights. Accordingly, this case will be dismissed by separate order.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date: March 29, 2022